```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 09543
   LEROY BRONSON
   ANGELA BRONSON                            CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-5804      SSN XXX-XX-8071

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/18/2008 and was not confirmed.

     The case was dismissed without confirmation 10/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
AMERICAN EXPRESS BANK       UNSECURED        3621.32       .00          .00
AMERICAN FAMILY INSURANC    UNSECURED       NOT FILED      .00          .00
APX ALARM SECURITY SOLUT    UNSECURED       NOT FILED      .00          .00
ASPIRE                      UNSECURED       NOT FILED      .00          .00
PRIMARY HEALTHCARE ASSOC    UNSECURED       NOT FILED      .00          .00
FIA CARD SERVICES           UNSECURED        4821.28       .00          .00
BANK ONE CARD SVS           UNSECURED       NOT FILED      .00          .00
BARCLAYS BANK DELAWARE      UNSECURED        2374.82       .00          .00
CAPITAL ONE                 UNSECURED        3874.65       .00          .00
CAPITAL ONE                 UNSECURED         573.33       .00          .00
CHASE BANK USA NA           UNSECURED        2567.90       .00          .00
CITIFINANCIAL SERVICES      UNSECURED        7515.60       .00          .00
COLLECTECH SYSTEMS          UNSECURED       NOT FILED      .00          .00
KEDZIE DENTAL               UNSECURED       NOT FILED      .00          .00
DELL FINANCIAL SERVICES     UNSECURED         237.55       .00          .00
DIRECT TV                   UNSECURED       NOT FILED      .00          .00
ECAST SETTLEMENT CORP       UNSECURED         590.74       .00          .00
HSBC                        UNSECURED       NOT FILED      .00          .00
HSBC BANK NEVADA/HSBC CA    UNSECURED         916.76       .00          .00
ECAST SETTLEMENT CORP       UNSECURED         541.64       .00          .00
ECAST SETTLEMENT CORP       UNSECURED         343.11       .00          .00
LTD COMMODITIES             UNSECURED         275.81       .00          .00
NICOR GAS                   UNSECURED        1642.72       .00          .00
NICOR GAS                   UNSECURED       NOT FILED      .00          .00
OMNI CREDIT SERVICE         UNSECURED       NOT FILED      .00          .00
STEALTH SECURITY GRP INC    UNSECURED       NOT FILED      .00          .00
PERFORM EQTY                UNSECURED       NOT FILED      .00          .00
QUICK CLICK LOANS           UNSECURED       NOT FILED      .00          .00
GE MONEY BANK               UNSECURED        1007.41       .00          .00
GE MONEY BANK               UNSECURED         802.06       .00          .00
ECAST SETTLEMENT CORP       UNSECURED        1293.85       .00          .00
TNB VISA                    UNSECURED       NOT FILED      .00          .00
LVNV FUNDING LLC            UNSECURED         750.18       .00          .00
PRIMARY HEALTHCARE ASSOC    UNSECURED       NOT FILED      .00          .00
AMERICREDIT FINANCIAL SV    SECURED VEHIC   24500.00       .00        400.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 09543 LEROY BRONSON & ANGELA BRONSON
```

```
AMERICREDIT FINANCIAL SV UNSECURED       3486.41            .00           .00
ASC                      CURRENT MORTG       .00            .00           .00
CITIFINANCIAL AUTO CREDI SECURED VEHIC  8650.00            .00        625.00
CITIFINANCIAL AUTO CREDI UNSECURED      6919.35            .00           .00
VILLAGE OF MARKHAM       SECURED            .00            .00           .00
COOK COUNTY TREASURER    SECURED NOT I 16422.63            .00           .00
EMC MORTGAGE             CURRENT MORTG     .00             .00           .00
LANDO RESORTS CORP/MTG D SECURED NOT I     .00             .00           .00
HOME LOAN SERVICES INC   CURRENT MORTG     .00             .00           .00
HOME LOAN SERVICES INC   MORTGAGE ARRE     .00             .00           .00
PHARIA LLC               UNSECURED      6045.65            .00           .00
CHASE BANK USA NA        UNSECURED      6905.94            .00           .00
IL STATE DISBURSEMENT UN DSO ARREARS   NOT FILED           .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY    2,841.50                     2,841.50
TOM VAUGHN               TRUSTEE                                       309.61
DEBTOR REFUND            REFUND                                      1,664.89
```

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 5,841.00 | |
| PRIORITY | | .00 |
| SECURED | | 1,025.00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,841.50 |
| TRUSTEE COMPENSATION | | 309.61 |
| DEBTOR REFUND | | 1,664.89 |
| TOTALS | 5,841.00 | 5,841.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE